IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED FAIZAL ALI,<br><br>     Petitioner,<br><br>  v.<br><br>WARDEN F.E. FIGUEROA,<br><br>     Respondent. | No. C 12-2499 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER<br><br>(Docket No. 5.) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court issued an order to show cause. (Doc. No. 4.) Respondent has filed a motion to enlarge the time to file a response to the order to show cause. (Doc. No. 5.) Good cause having been shown, Respondent's motion is **GRANTED**.

Respondent shall file an answer no later than January 14, 2013. Petitioner shall file a traverse within thirty (30) days after the filing date of an answer. If Respondent files a motion to dismiss in lieu of an answer, Petitioner shall file an opposition to the motion to dismiss within twenty-eight (28) days of the date the motion is filed. Any reply by Respondent shall be filed fourteen (14) days thereafter.

This order terminates docket number 5.

IT IS SO ORDERED.

DATED: 11/28/12

LUCY H. KOH
United States District Judge

Order Granting Motion for Extension of Time to file Answer
G:\PRO-SE\SJ.LHK\HC.12\Ali499eot-answer.wpd