1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMMED FAIZAL ALI,                    )      No. C 12-2499 LHK (PR)
                                        )
                Petitioner,             )      JUDGMENT
                                        )
        v.                              )
                                        )
WARDEN F.E. FIGUEROA,                   )
                                        )
                Respondent.             )
_____ )

        The Court has granted Respondent's motion to dismiss.  Therefore, judgment is entered

in favor of Respondent.  Petitioner shall take nothing by way of his petition.  The Clerk shall

close the file.

        IT IS SO ORDERED.

DATED: ___5/10/13_____              _____
                                          LUCY H. KOH
                                          United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\HC.12\Ali499jud.wpd